# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

137885

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                          SC: 137885
                                                           COA: 288207
                                                           Macomb CC: 2007-001213-FH

JAMES LAWSON,
                Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 26, 2008 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Idziak* (Docket No. 137301) and *People v Jackson* (Docket No. 135888) are pending on appeal before this Court and that the decisions in those cases may resolve issues raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009                                     _____
                                                                           Clerk